Department of Defense Manpower Data Center    Sep-08-2011 11:48:14



Military Status Report
Pursuant to the Service Members Civil Relief Act

| Last Name | First/Middle | Begin Date | Active Duty Status | Active Duty End Date | Service Agency |
|---|---|---|---|---|---|
| MONTES | DAVID | Based on the information you have furnished, the DMDC does not possess any information indicating the individual status. | | | |

Upon searching the information data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the current status of the individual as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard).

*Mary M. Snavely-Dixon* (signature)

_____

Mary M. Snavely-Dixon, Director
Department of Defense - Manpower Data Center
1600 Wilson Blvd., Suite 400
Arlington, VA 22209-2593

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Service Members Civil Relief Act (50 USC App. §§ 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual is on active duty, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service via the "defenselink.mil" URL http://www.defenselink.mil/faq/pis/PC09SLDR.html. If you have evidence the person is on active duty and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. §521(c).

If you obtain additional information about the person (e.g., an SSN, improved accuracy of DOB, a middle name), you can submit your request again at this Web site and we will provide a new certificate for that query.

This response reflects **active duty status** including date the individual was last on active duty, if it was within the preceding 367 days. For historical information, please contact the Service SCRA points-of-contact.

```
PMSRDOA1              DESGLOSE DE LA ORDEN DE ALIMENTOS         FECHA 09/08/11
USUARIO SM3225    70                                            HORA 13:26
MODO DESPLEG                 NUM CASO 0341847 25                PAGINA 01
TRIBUNAL PRIMERA INSTANCIA DE CAGUAS     ESTADO PR NUM ORDEN E DI-2003-0158
TIPO CORT          SEC 1   STATUS A   DET 00/00/00 ENV 00/00/00   MAS...PF19/20
FIRM 08/21/09   EPIGRA NILDA J. RIVERA VALDES(EAL2002-0800)
EFEC 12/11/08          DAVID MONTES RIVERA              FECHA NOT/EMPL   /  /
REVS 00/00/00     TERM             COPIA CERTIFICADA S    PAGOS REGISTRADOS N
RECEPTOR
NUM PART 0000000000    #SS              DIRECCION              .
  SEL  ROL    NUM PART    APELLIDO1    APELLIDO2     NOMBRE    I  STATUS   NAC
   X   PC 01  0001489412  RIVERA       VALDES        NILDA     J    A
   X   PNC01  0001489413  MONTES       RIVERA        DAVID          A
   X   ME 03  0001489416  MONTES       RIVERA        OMAR           A
   X   ME 02  0001489415  MONTES       RIVERA        ANGEL          A
   X   ME 01  0001489414  MONTES       RIVERA        DAVID          A
   SM        140.00 / SE  EFECTIVO 12/11/08     ATRASOS     0.00
  $/PM         0.00 /     EFECTIVO              COSTAS      0.00  INTERES:
   MD          0.00 /     EFECTIVO              PENALIDADES 0.00        0.00
   SC          0.00 /     EFECTIVO              TERMINA     FEC.ARCH     /  /
 COND: EXCP R/I N RAZON     SEG MED N APOR CUB MED   REV/MOD   PROCEDE REVISION _

PROX PANTALLA=> ROA
```

```
PMSRCCC1       RECONCILIACION DE LAS CUENTAS DEL CASO    FECHA 09/08/11
USUARIO SM3225    70                                     HORA  13:25
MODO    DESPLEG              NUM CASO 0341847            PAGINA 01
```

| MM/AA | PENSION MENSUAL | TOTAL PAGADO | CUENTA PCO | CUENTA ATRASOS | PAGO DIRECTO | CANTIDAD AJUS/AT | BALANCE MENSUAL |
|---|---|---|---|---|---|---|---|
| 01/11 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 3,600.28 |
| 02/11 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 3,646.95 |
| 03/11 | 606.67 | 700.00 | 606.67 | 93.33 | 0.00 | 0.00 | 3,553.62 |
| 04/11 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 3,600.29 |
| 05/11 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 3,646.96 |
| 06/11 | 606.67 | 140.00 | 140.00 | 0.00 | 0.00 | 466.67 | 4,113.63 |
| 07/11 | 606.67 | 22.80 | 0.00 | 22.80 | 0.00 | 606.67 | 4,697.50 |
| 08/11 | 606.67 | 303.34 | 303.34 | 0.00 | 0.00 | 303.33 | 5,000.83 |
| 09/11 | 606.67 | 200.00 | 200.00 | 0.00 | 0.00 | 0.00 | 5,407.50 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 00/00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALES | | | | | | | |
| 11 | 5460.03 | 3,606.14 | 3,490.01 | 116.13 | 0.00 | 1563.35 | 5,407.50 |
| PRES | 32655.88 | 26,072.09 | 14,242.51 | 11,824.58 | 3804.58 | 21065.83 | 5,407.50 |

```
PROX PANTALLA==> ICA
SR900304 INFORMACION CASO NUEVO DESPLEGADA
```

```
PMSRCCC1          RECONCILIACION DE LAS CUENTAS DEL CASO        FECHA 09/08/11
 USUARIO SM3225   70                                              HORA 13:26
 MODO   DESPLEG               NUM CASO 0341847                   PAGINA 01
```

| MM/AA | PENSION MENSUAL | TOTAL PAGADO | CUENTA PCO | CUENTA ATRASOS | PAGO DIRECTO | CANTIDAD AJUS/AT | BALANCE MENSUAL |
|---|---|---|---|---|---|---|---|
| 01/10 | 606.67 | 749.96 | 606.67 | 143.29 | 0.00 | 0.00 | 4,807.57 |
| 02/10 | 606.67 | 749.96 | 606.67 | 143.29 | 0.00 | 0.00 | 4,664.28 |
| 03/10 | 606.67 | 937.45 | 606.67 | 330.78 | 0.00 | 0.00 | 4,333.50 |
| 04/10 | 606.67 | 749.96 | 606.67 | 143.29 | 0.00 | 0.00 | 4,190.21 |
| 05/10 | 606.67 | 749.96 | 606.67 | 143.29 | 0.00 | 0.00 | 4,046.92 |
| 06/10 | 606.67 | 700.00 | 606.67 | 93.33 | 0.00 | 0.00 | 3,953.59 |
| 07/10 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 4,000.26 |
| 08/10 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 4,046.93 |
| 09/10 | 606.67 | 1,077.20 | 606.67 | 470.53 | 0.00 | 0.00 | 3,576.40 |
| 10/10 | 606.67 | 582.80 | 560.00 | 22.80 | 0.00 | 46.67 | 3,600.27 |
| 11/10 | 606.67 | 700.00 | 606.67 | 93.33 | 0.00 | 0.00 | 3,506.94 |
| 12/10 | 606.67 | 560.00 | 560.00 | 0.00 | 0.00 | 46.67 | 3,553.61 |
| TOTALES | | | | | | | |
| 10 | 7280.04 | 8,677.29 | 7,093.36 | 1,583.93 | 0.00 | 186.68 | 3,553.61 |
| PRES | 32655.88 | 26,072.09 | 14,242.51 | 11,824.58 | 3804.58 | 21065.83 | 5,407.50 |

PROX PANTALLA==> IQU
SR900304 INFORMACION CASO NUEVO DESPLEGADA