IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| | CASE NO. 10-04381MCF |
| DAVID MONTES RIVERA | Chapter 13 |
| | |
| XXX-XX-5552 | |
| | **FILED & ENTERED ON 10/21/2011** |
| Debtor(s) | |

**O R D E R**

ASUME is to state his position within Thirty (30) days as to Debtor's reply to the motion to dismiss (docket #28).

The Clerk shall give notice to all parties in interest.

SO ORDERED.

San Juan, Puerto Rico, this 21 day of October, 2011.

*Mildred Caban*

Mildred Caban Flores
U.S. Bankruptcy Judge

CC: DEBTOR
    ROBERTO FIGUEROA CARRASQUILLO
    ALEJANDRO OLIVERAS RIVERA
    ASUME
    F/UP